1  MATTHEW J. MATERN (SBN 159798)
   mmatern@maternlawgroup.com
2  DEBRA J. TAUGER (SBN 143726)
   dtauger@maternlawgroup.com
3  MATTHEW W. GORDON (SBN 267971)
   mgordon@maternlawgroup.com
4  ERIN R. HUTCHINS (SBN 346557)
   ehutchins@maternlawgroup.com
5  MATERN LAW GROUP, PC
   2101 E. El Segundo Boulevard, Suite 403
6  El Segundo, California 90266
   Telephone: (310) 531-1900
7  Facsimile:  (310) 531-1901
8
9  Attorneys for Plaintiff
   CELINE PONCE, individually and on behalf
10 of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINE PONCE, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CH2M HILL ENGINEERS, INC., a Delaware corporation; JACOBS ENGINEERING GROUP INC., a Delaware corporation; JACOBS SOLUTIONS INC., a Delaware corporation; JACOBS PROJECT MANAGEMENT CO., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-10797-DSF-BFM<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Date:       June 30, 2025<br>Time:       1:30 p.m.<br>Courtroom:  7D<br>Judge:      Hon. Dale S. Fischer<br><br>Complaint Filed:  October 13, 2023<br>FAC Filed:        April 2, 2024<br>Trial Date:       None Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 30, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7D of the United States District Court for the Central District of California, First Street Courthouse, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Celine Ponce ("Plaintiff") will, and hereby does, move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order as follows:

1. Granting final approval of the terms of the Class Action and PAGA Settlement Agreement ("Settlement" or "Settlement Agreement")[1] as fair, reasonable, and adequate to all Parties and all Class Members;

2. Finding that the Class Notice distributed to the Class Members pursuant to the Court's order granting preliminary approval constituted the best notice practicable under the circumstances;

3. Finally certifying the Class for settlement purposes only;

4. Directing that compensation to the Participating Class Members be paid pursuant to the terms of the Settlement;

5. Approving PAGA Penalties in the amount of $250,000.00, with 75% ($187,500.00) to be paid to the California Labor and Workforce Development Agency and 25% ($62,500.00) to be paid to Aggrieved Employees according to the terms of the Settlement;

6. Approving the Administrator's costs in the amount of $13,000.00; and

7. Entering final judgment in the action.[2]

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, the accompanying Declaration of Matthew J. Matern, and Declaration of Tim

---

[1] The Settlement Agreement and an Amendment to the Settlement are attached to the Declaration of Matthew J. Matern as Exhibits 3 and 4, respectively.

[2] Concurrently with this motion, Plaintiff has filed a separate Motion for Attorneys' Fees, Costs, and Class Representative Service Payment. Doc. No. 37.

1  Cunningham on Behalf of CPT Group, Inc., all documents and records on file in this
2  action, and any other evidence or oral argument that may be considered by the Court at
3  the time of the hearing.
4      This motion is made following the conference of counsel, pursuant to L.R. 7-3,
5  which took place on May 21, 2025.

7  DATED: June 2, 2025            Respectfully submitted,
8                                 MATERN LAW GROUP, PC

10                           By:   /s/ Matthew W. Gordon
                                   MATTHEW J. MATERN
11                                 DEBRA J. TAUGER
                                   MATTHEW W. GORDON
12                                 ERIN R. HUTCHINS
                                   Attorneys for Plaintiff
13                                 CELINE PONCE