UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-10797 DSF (BFMx) | Date | June 30, 2025 |
| Title | Celine Ponce v. CH2M Hill Engineers Inc. et al | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Patricia Kim | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Matthew W. Gordon | Leonora M. Schloss |

**Proceedings:**   MOTION HEARING (Non-Evidentiary – Held and Completed)

MOTION FOR ATTORNEYS' FEES AND COSTS [37]

MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT [38]

The matter is called and counsel state their appearances.  The Court confers with counsel as stated in court and on the record on the above motions.  The matter is taken under submission.  A written order will follow.